**Opinion issued July 9, 2026**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-26-00299-CV

_____

**JASMINE TAVON STEELE AND DAJIA CRAFT, Appellants**

**V.**

**TEXAS DOW EMPLOYEES CREDIT UNION, Appellee**

**On Appeal from the County Civil Court at Law No. 1**
**Harris County, Texas**
**Trial Court Case No. 1272279**

## MEMORANDUM OPINION

Appellants Jasmine Tavon Steel and Dajia Craft have not timely filed a brief.

*See* TEX. R. APP. P. 38.6(a) (governing time to file brief), 38.8(a) (governing failure

of appellant to file brief).  We warned appellants that we would dismiss the appeal

absent a reasonable explanation for the failure to file a brief.  *See id*.  Appellants did

not respond as we requested.  *See* TEX. R. APP. P. 42.3(b) (allowing involuntary dismissal of case).

Accordingly, we dismiss the appeal in accordance with Texas Rule of Appellate Procedure 42.3(b)-(c).  We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Rivas-Molloy and Guiney.